IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**LUKEEN GERALD** | **CRIMINAL ACTION**<br><br>NO. 15-246-KSM-1 |

# ORDER

**AND NOW**, this 18th day of January, 2024, upon consideration of Defendant's request for an extension of the deadline to file a § 2255 Motion (Doc. No. 164), and § 2255 Motion to vacate, set aside, or correct his sentence (Doc. No. 165), **IT IS ORDERED** as follow:

1. Both the request to extend the deadline to file a § 2255 Motion and the § 2255 Motion are **DENIED.**

2. The Government's Motion to Dismiss (Doc. No. 166) is **GRANTED.**

3. A Certificate of Appealability shall not issue.[1]

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston
_____
KAREN SPENCER MARSTON, J.

---

[1] Because jurists of reason would not debate this Court's disposition of Defendant's motion, no certificate of appealability should be granted. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).